# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

### NO. 03-14-00112-CV

**Dr. James Jones, Appellant**

**v.**

**Angelo State University, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART
ON MOTION FOR REHEARING -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on November 27, 2013. The Court's opinion and judgment dated December 18, 2015 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the portion of the trial court's judgment granting summary judgment on appellant's failure-to-accommodate claim, and remands that portion to the trial court for further proceedings. However, the Court affirms the portion of the trial court's judgment dismissing appellant's claim of discriminatory discharge based on disparate treatment. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.